

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:       Rochawn Ray Davis v. The State of Texas

Appellate case number:    01-15-00012-CR

Trial court case number:  14CR0800

Trial court:                      405th District Court of Galveston County

Date motion filed:           July 29, 2016

Party filing motion:         Appellant

It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Michael Massengale
                              Acting for the Court

Panel consists of: Justices Higley, Bland, and Massengale


Date:  September 13, 2016